**JS-6**

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Billy Ray Maldonado

PLAINTIFF(S),

v.

A. Johnson, et al.

DEFENDANT(S).

CASE NUMBER:

2:21-cv-07542-JVS (SP)

**JUDGMENT**
**(Failure to Pay the Initial Partial Filing Fee)**

On _____ October 18, 2021 _____, plaintiff was permitted, pursuant to 28 U.S.C. § 1915, to file the above-referenced action without prepayment of the full filing fee of $350.00, but plaintiff was ordered to pay to the Clerk of Court an initial partial filing fee.

By Order to Show Cause dated _____ January 24, 2022 _____, plaintiff was ordered to show cause why this action should not be dismissed without prejudice for plaintiff's failure timely to pay the initial partial filing fee. Plaintiff has failed to file a sufficient response to the Order to Show Cause or pay the initial partial filing fee within the time allowed.

THEREFORE, IT IS ADJUDGED that this action is dismissed without prejudice for plaintiff's failure to comply with 28 U.S.C. § 1915.

April 16, 2022

Date

Hon. James V. Selna
United States District Judge

Presented by:

Hon. Sheri Pym
United States Magistrate Judge